## Walla v. Mifflin Twp., Appellant.

*Appeals—Assignments of error—New trial.*

Where the only assignment of error filed on appeal is the refusal of a new trial, without anything to show why this is error, the appeal will be dismissed.

Statement of Facts—Opinion of the Court.    [266 Pa.

Submitted October 20, 1919.  Appeal, No. 114, Oct. T., 1919, by defendant, from judgment of C. P. Allegheny Co., April T., 1915, No. 1841, on verdict for plaintiff in case of Frank Walla v. Mifflin Township.  Before BROWN, C. J., STEWART, MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ.  Affirmed.

Trespass for personal injuries.  Before CARNAHAN, J.
Verdict and judgment for plaintiff for $2,200.  Defendant appealed.

*Error assigned* was in the following form : "The court erred in refusing a new trial."

*F. J. Tyrrell,* for appellant.

No printed brief for appellee.

PER CURIAM, January 5, 1920:
The single assignment of error on this appeal is "The court erred in refusing a new trial."  Why this was error does not appear by any assignment, and the appeal is, therefore, dismissed.
Judgment affirmed.